

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.M., a Child

No. 06-25-00056-CV

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 24C0386-102). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we reverse the trial court's June 4, 2025, order of termination and remand the cause for further proceedings.

We note that the appellants have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 2, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk